| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cavaneau, Jerry W. | 2. Court or Organization<br><br>District Court, ED Arkansas | 3. Date of Report<br><br>07/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Full-time U.S.Magistrate Judge, Recall Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>R.S. Arnold U.S. Courthouse<br>500 W. Capitol, Suite C-163<br>Little Rock, AR 72201-3325 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust A (See note, Part VIII) |
| 2. | Vice President/President and Board Member | Board of Administration▮▮▮▮▮ Horizonal Property Regime (See note, Part VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Larry Crain, individual and long-time friend. | R/T aircraft ride and tickets to Arkansas/Ole Miss football game. | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | ROCKEFELLER CTR PROPERTIES, INC Common. | | None | J | T | | | | | |
| 2. | ACCOUNTS | B | Interest | J | T | | | | | |
| 3. | Unimproved acreage, AR, purch 10/10/78, $20,000 | | None | K | R | | | | | See note, Part VIII |
| 4. | BROKERAGE ACCOUNT D | | | | | | | | | See note, Part VIII |
| 5. | -TRUST A | | | | | | | | | See note, Part VIII |
| 6. | MONEY MARKET | A | Interest | K | T | | | | | |
| 7. | -ALGER HEALTH SCIENCES FUND (AHSAX) | | None | J | T | | | | | |
| 8. | -AMERICAN EXPRESS 4.8% BOND | A | Interest | J | T | | | | | |
| 9. | -COLUMBIA ENERGY & NAT RES FUND (UMCSX) | A | Dividend | J | T | | | | | |
| 10. | -CREDIT SUISSE 5.125% BOND | A | Interest | K | T | | | | | |
| 11. | -DAVIS FINANCIAL FUND (RPFGX) | A | Dividend | J | T | | | | | |
| 12. | SPDR Dow Jones Industrial Avg (DIA) ETF | C | Dividend | M | T | | | | | |
| 13. | -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 14. | -EATON VANCE STRUCTURED EMRG MKTS FUND (EAEMX) | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 15. | -EATON VANCE WLDWD HEALTH FUND (ECHSX | A | Distribution | J | T | | | | | |
| 16. | LATIN AMERICA FUND | A | Distribution | J | T | | | | | |
| 17. | SELECT ENERGY FUND | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ICON HEALTHCARE FUND (ICHCX) | A | Dividend | J | T | | | | | |
| 19. -ISHARES COHEN & STEERS REALTY ETF (ICF) | A | Dividend | K | T | | | | | |
| 20. -ISHARES DJ US HEALTHCARE ETF (IYH) | A | Dividend | J | T | | | | | |
| 21. -ISHARES KLD SEL SOC INDEX ETF (KLD) | A | Dividend | L | T | | | | | |
| 22. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | J | T | | | | | |
| 23. -ISHARES S&P GLOBAL ENERGY ETF (IXC) | A | Dividend | J | T | | | | | |
| 24. -ISHARES S&P GLOBAL HEALTHCARE ETF (IXJ) | A | Dividend | J | T | | | | | |
| 25. -ISHARES S&P MIDCAP 400 ETF (IJH) | A | Dividend | L | T | | | | | |
| 26. -ISHARES S&P NATURAL RESOURCES ETF (IGE) | A | Dividend | K | T | | | | | |
| 27. -ISHARES TR DJ US FINANCIAL ETF (IYG) | A | Distribution | J | T | | | | | |
| 28. -LASALLE FDG 4.0% BOND | A | Interest | | | Matured | 2/15/11 | J | | |
| 29. -LEHMAN BROS 4.25% BOND | | None | J | T | | | | | |
| 30. -METZLER PAYDEN EURO EMG MKT FUND (MPXMY) | | None | J | T | | | | | |
| 31. -T ROWE PRICE EMERG EUROPE FUND (TREMX) | | | J | T | | | | | |
| 32. -FORD HOLDINGS INC. DEBENTURE Corp Bond | A | Interest | J | T | | | | | |
| 33. -SUNAMERICA INC. MEDIUM TERM NOTES Corp Bond | A | Interest | J | T | | | | | |
| 34. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL # ▨ | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL | A | Interest | J | T | | | | | |
| 36. -REDWOOD TRUST INC. (RWT) Common | A | Dividend | J | T | | | | | |
| 37. -BUCKEYE PARTNERS LP (BLP) Common | | None | J | T | | | | | |
| 38. -HEALTH CARE PROPERTY INVS. INC. (HCP) Common | A | Dividend | J | T | | | | | |
| 39. -CALVERT GLOBAL ALTERNATIVE ENERGY FUND | A | Dividend | J | T | | | | | |
| 40. -CALVERT GLOBAL WATER FUND | A | Distribution | J | T | | | | | |
| 41. -FED HOME LN BKS 3.15% BOND | A | Interest | | | Matured | 04/14/11 | K | | |
| 42. -NEW ALTERNATIVES FUND | A | Dividend | J | T | | | | | |
| 43. -KLH 400 SOCIAL INDEX | A | Dividend | J | T | | | | | |
| 44. -INTERNATIONAL BANK 0% BOND | | None | | | Matured | 02/15/11 | J | A | |
| 45. -Proctor & Gamble 1.35% BOND | A | Interest | | | Matured | 08/26/11 | K | | |
| 46. Fed Home Loan Banks 2.25% BOND | A | Interest | K | T | | | | | |
| 47. Fed Farm Credit Banks 2.5% BOND | A | Interest | J | T | | | | | |
| 48. ISHARES DOW JONES US FINANCIAL SECTOR (IYF) | A | Dividend | J | T | | | | | |
| 49. POWERSHARES WATER RESOURCES (PHO) | A | Dividend | J | T | | | | | |
| 50. POWERSHARES WINDERHILL CLEAN ENERGY (PBW) | | None | J | T | | | | | |
| 51. TOYOTA MOTOR CREDIT 1.9% BOND | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | LAZARD EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 53. | Fed Home Ln Bks 2.35% BOND | A | Interest | K | T | Buy | 05/23/11 | K | | |
| 54. | Royal Bank of Canada 2.1% BOND | A | Interest | K | T | Buy | 12/08/11 | K | | |
| 55. | SELF DIRECTED IRA | | | | | | | | | See note, Part VIII |
| 56. | Money Market | A | Dividend | J | T | | | | | |
| 57. | -ABERDEEN GLOBAL EQUITY FUND (GLFAX) | A | Dividend | J | T | | | | | See Note, Part VIII |
| 58. | -ALGER HEALTH SCIENCES FUND (AHSHX) | | None | J | T | | | | | |
| 59. | -BRANCH BANK4.87% BOND | A | Interest | J | T | | | | | |
| 60. | -COLUMBIA ENERGY & NAT RES FUND (UMESX) | A | Dividend | J | T | | | | | |
| 61. | -DAVIS FINANCIAL FUND (RPRGX) | A | Dividend | J | T | | | | | |
| 62. | -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | C | Dividend | M | T | | | | | |
| 63. | -DREYFUS S&P MIDCAP INDEX FUND (PESPX) | A | Distribution | J | T | | | | | |
| 64. | -DREYFYS S&P 500 INDEX FUND (PEOPX) | A | Dividend | J | T | | | | | |
| 65. | -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 66. | -EATON VANCE STRUCTURED EMRG MKTS FUND (ETEMX) | | None | | | Sold | 01/20/11 | J | | |
| 67. | -EATON VANCE WLDWD HEALTH FUND (ETHSX) | A | Dividend | J | T | | | | | |
| 68. | HIGH INCOME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LATIN AMERICA FUND | A | Dividend | J | T | | | | | |
| 70. SELECT ENERGY FUND | A | Dividend | J | T | | | | | |
| 71. -GOLDMAN SACHS 5.15% BOND | B | Interest | K | T | | | | | |
| 72. -ICON HEALTH CARE FUND (ICHCX) | A | Dividend | J | T | | | | | |
| 73. -INTL BANK FOR RECON & D BOND | | None | J | T | | | | | |
| 74. -ISHARES DJ US FINANCIAL ETF (IYF) | A | Dividend | J | T | | | | | |
| 75. -ISHARES FTSE NAREIT ETF (FNIO) | A | Dividend | J | T | | | | | |
| 76. -ISHARES KLD 400 SOCIAL INDEX ETF (DSI) | A | Dividend | K | T | | | | | |
| 77. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | J | T | | | | | |
| 78. -ISHARES S&P MIDCAP 400 ETF (IJH) | A | Dividend | K | T | | | | | |
| 79. -METZLER PAYDEN EURO EMER FUND (MPYMX) | | None | J | T | | | | | |
| 80. -MFS ARKANSAS MUNI BOND FUND (MFARX) | A | Dividend | J | T | | | | | |
| 81. -PROTECTIVE LIFE 3.6% BOND | A | Interest | | | Matured | 03/15/11 | J | A | |
| 82. -T ROWE PRICE EMERG EURO FUND (TRFMX) | | Dividend | | | Sold | 01/20/11 | J | A | |
| 83. -WELLS FARGO DIV INC FUND (SDVIX) | A | Dividend | J | T | | | | | |
| 84. -CALVERT GLOBAL ALTERNATIVE FUND | A | Dividend | J | T | | | | | |
| 85. -CALVERT GLOBAL WATER FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FED HOME LN MTG 0% BOND | | None | J | T | | | | | |
| 87. -HSBC FINANCE CORP 5.% BOND | A | Interest | K | T | | | | | |
| 88. -LAZARD EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 89. ⬜ Government Income Fund - | A | Dividend | J | T | | | | | |
| 90. IShares Dow Jones US Financial Sector ETF ( IYG) | A | Dividend | J | T | | | | | |
| 91. Powershares FTSE RAFI Emerging Mkts ETF (PGF) | A | Dividend | J | T | | | | | |
| 92. FED FARM CREDIT BANKS 2.25% BOND | A | Interest | K | T | | | | | |
| 93. FED HOME LOAN MTG 3.25% BOND | A | Interest | | | Matured | 04/14/11 | K | A | |
| 94. ⬜ US EQUITY INDEX FUND | A | Dividend | J | T | | | | | |
| 95. ISHARES DOW JONES US REAL ESTATE ETF | A | Dividend | K | T | | | | | |
| 96. POWERSHARES FINANCIAL PREFERRED ETF | A | Distribution | J | T | | | | | |
| 97. BERKSHIRE HATHAWAY FIN 2.125 BOND | A | Interest | K | T | | | | | |
| 98. SHELL INT'L FIN 3.25% BOND | A | Interest | K | T | | | | | |
| 99. WALMART 3.0% BOND | A | Interest | J | T | Buy | 02/17/11 | J | | |
| 100. MICROSOFT 2.5% BOND | A | Interest | J | T | Buy | 03/22/11 | J | | |
| 101. TOYOTA MOTOR CREDIT 3.2% BOND | A | Interest | K | T | Buy | 04/27/11 | K | | |
| 102. ⬜ self directed IRA | | | | | | | | | See note, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103 _____ MONEY MKT | A | Dividend | J | T | | | | | |
| 104. -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | A | Dividend | J | T | | | | | |
| 105. -ISHARES KLD SELECT SOCIAL ETF (KLD) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Line 1. This is a ▒ revocable trust created April 18, 2008. All assets of the trust are included in Part VII, listed under the header "TRUST A."

Part I. Line 2. Changed from Vice President to President in September, 2011.

Part VII. Line 3. Unimproved real property located in ▒ Arkansas. Fee simple. Purchase date October 10, 1978. Purchase price $20,000. There were no transactions to be reported under column D(1). No income was received on this property in 2011. We did learn in 2012 that there were accrued royalties under an oil and gas lease. We learned of this when we received a real estate tax bill which included tax on royalties. Upon inquiry, we learned that there had been drilling in adjacent property and that ours was included in area for royalties. We had not been notified or paid because the leaseholder supposedly did not have our current address. We completed necessary division order forms and did receive income in 2012. Because none of the royalty income was received until 2012, even though it accrued earlier, I think the correct procedure is to report that on the next FDR covering the period from January 1, 2012 to December 31, 2012.

Part VII. Line 4. This is a header. This brokerage holds the reportable assets in Trust A (Line 5), the self-directed IRA (Line 55) and a second self-directed IRA (Line 102). The values and income for each of these entities is reported for each asset rather than in the aggregate.

Part VII. Line 5. Revocable ▒ trust created April 18, 2008. This is a header (or subheader). The assets listed in lines 6 through 54 are the reportable assets of the trust. The value and income is reported for each individual asset rather than in the aggregate.

Part VII. Line 55. This is a subheader. The reportable assets included in this IRA are listed in lines 56 through 101. The values and income are listed for each individual asset rather than in the aggregate.

Part VII. Line 57. Aberdeen Global Financial Fund changed its name to Aberdeen Global Equity Fund. Name change only - no transactions.

Part VII Line 102 This is a subheader. The reportable assets included in this IRA are listed in lines 103 through 105. The values and income are listed for each individual asset rather than in the aggregate.

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry W. Cavaneau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544